# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) 1:16-CR-00176 DAD
)
CHRISTOPHER LAMONT WILEY )



FILED
NOV 03 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum.

Name of Detainee: **CHRISTOPHER LAMONT WILEY**

Detained at (custodian): **Wasco State Prison, Wasco, California**

Detainee is: a.) ☒ charged in this district by:
☒ Indictment ☐ Information ☐ Complaint
Charging Detainee With: **18 USC §371 engaging in business of dealing firearms without a licence; 18 USC §922(g)(1) felon in possession of firearm; 18 USC §922(g)(2)(A) possession of a firearm in a school zone**
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: **Kim Sanchez (559) 499-4038**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 11/3/16

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male X Female ___ |
| Booking or CDC #: | Wasco State Prison, CDC #BB1191 | DOB: 10/23/1992 |
| Facility Address: | 701 Scofield Avenue | Race: |
| | Wasco, CA 93280 | FBI #: 24365ED8 |
| Facility Phone: | (661) 758-8400 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____ by _____
_____
(Signature)

Revised 11/19/97

Form Crim-48