1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   CHRISTOPHER D. BAKER
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                       EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,              CASE NO. 1:16-CR-00176 DAD

14                  Plaintiff,              STIPULATION TO EXTEND GOVERNMENT'S
                                            TIME TO FILE A RESPONSE; ORDER
15           v.

16  DEJOHN WILEY, ET AL,

17                  Defendant.

18
         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and
19
   Kimberly A. Sanchez and Christopher D. Baker, Assistant U.S. Attorneys and W. Scott Quinlan, attorney for
20
   the Defendant, that the deadline for the government's response to the Defendant's Motion for Modification
21
   of Protective Order under F.R.Crim.P. 45 be extended from November 28, 2016 to December 2, 2016 with
22
   any reply due on December 6, 2016. The government is requesting the additional time due to the
23
   Thanksgiving holiday. The first status conference for the case is set for December 12, 2016 at 12:15 p.m.
24
   before the Honorable Barbara A. McAuliffe. There is no request to change that date.
25

26
         Dated: November 21, 2016                     Respectfully submitted,
27
                                                      PHILLIP A. TALBERT
28                                                    Acting United States Attorney

|  |  |
|---|---|
|  | By    /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>CHRISTOPHER D. BAKER<br>Assistant U.S. Attorneys |
| Dated: November 21, 2016 | /s/ W. Scott Quinlan<br>W. SCOTT QUINLAN<br>Attorney for Defendant |

ORDER

IT IS SO ORDERED.

Dated:   **November 22, 2016**         /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE