PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>CHRIS WILEY, ET AL,<br><br>             Defendants. | CASE NO.  1:16-CR-00176-DAD-BAM<br><br>STIPULATION AND ORDER TO MODIFY THE PROTECTIVE ORDERS ISSUED ON NOVEMBER 2 AND 4, 2016 |

  IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and W. Scott Quinlan, attorney for the Defendant, that the Protective Orders issued on November 2, 2016 by the Honorable Dale A. Drozd and November 4, 2016 by the Honorable Lawrence J. O'Neill[1] be modified to clarify the scope of the Order.  The Application and Proposed Order were intended to cover only wiretap discovery, and not all discovery.  As such, the parties stipulate that the Order be modified to the following:

  Application having been made to this court by the United States of America for an order pursuant to Title 18, United States Code, Section 2518(8)(b), to disclose portions of the Fresno County Superior Court Orders authorizing the interception of wire and electronic communications, the accompanying applications,

---

[1] The November 2, 2016 Order related to the federal wiretaps, and was filed in 1:16-SW-00238 DAD; 1:16-SW-00260 DAD; 1:16-SW-00305 LJO – the federal wiretap cases.  The November 4, 2016 Order related to the state wiretap cases and was filed in each related criminal action.

Stipulation         1

1  affidavits, and wiretap recordings, in the above-entitled case, and

2  Those orders, applications, affidavits, and wiretap recordings having previously been sealed by

3  Fresno County Superior Court but authorized to be released to the United States for disclosure in discovery

4  to defendants in the above-captioned matters, and

5  Good cause having been shown by the United States in its application as required by Title 18, United

6  States Code, Section 2518(8)(b),

7  IT IS HEREBY ORDERED that portions of the above-referenced order, and the accompanying

8  application and affidavits may be disclosed to parties for use in a criminal action in:

9      a)   *United States v. Dejohn Wiley*, et al 1:16-CR-00176 DAD,

10      b)   *United States v. Dionne Singleton*, 1:16-CR-00175 LJO,

11      c)   *United States v. Anthony Thomas, et al*, 1:16-CR-00174 DAD,

12      d)   *United States v. Khaliff Campbell, et al*, 1:16-CR-00173 DAD,

13      e)   *United States v. Jamar Johnson,* 1:16-CR-00172 LJO,

14      f)   *United States v. Charlie Stevenson, et al,* 1:16-CR-00170 DAD,

15      g)   *United States v. Robert Gonzalez, et al*, 1:16-CR-00187 DAD,

16      h)   *United States v. Omar Gonzalez*, 1:16-CR-00169 DAD,

17      i)   *United States v. Jesus Velazque-Juarezz*, 1:16-CR-00189 DAD (and any subsequent

18  case based upon an indictment following this case),

19      j)   *United States v. Rashad Halford, et al*, 1:16-CR-00190 DAD;

20      k)   *United States v. Anthony Ramirez*, 1:16-CR-00188 DAD

21  l)   Any state or federal prosecution that requires disclosure of the wiretap documents in discovery only

22  provided this Order shall be in effect and honored for any such case pursuant to Title 18, United States Code,

23  Section 2518(9), and for any other purpose required by Chapter 119 of Title 18, United States Code.

24  IT IS FURTHER ORDERED THAT the parties and defense counsel, including but not limited to

25  defense counsel's staff, investigators, and outside assistants, shall not disclose the contents of the documents

26  released by the government through discovery in this case, except as necessary for investigative work for the

27  prosecution or presentation of defenses in this case.  No copies of wiretap applications, affidavits or

28  recordings released by the government in discovery in this case may be given to the defendant or any third

Stipulation      2

1  party who is not a member of defense counsel's staff or hired as defense investigators or outside assistants,
2  including relatives or friends of the defendant.
3      IT IS FURTHER ORDER that this order may be served on the parties who will be in receipt of the
4  redacted applications, affidavits, and/or orders.

7  Dated: December 2, 2016            Respectfully submitted,

8                                     PHILLIP A. TALBERT
                                   United States Attorney

10

11                         By   /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney

12

13  Dated: December 2, 2016            /s/ W. Scott Quinlan
                                   W. SCOTT QUINLAN
                                   Attorney for Chris Wiley

16  IT IS SO ORDERED.

17     Dated: **December 7, 2016**                /s/ Dale A. Drozd
                                   UNITED STATES DISTRICT JUDGE